IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, )<br>on behalf of plaintiff and )<br>the class members defined herein, )<br>  )<br>Plaintiff, )<br>  )<br>v.   )<br>  )<br>ALL HOME MEDICAL SUPPLY CO., )<br>and JOHN DOES 1-10, )<br>  )<br>Defendants. ) | 16 C 8196<br><br>Judge Norgle<br>Magistrate Judge Schenkier |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC voluntarily dismisses its individual claims without prejudice and without costs against defendant All Home Medical Supply Co. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant All Home Medical Supply Co. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on December 7, 2016, I caused a true and accurate copy of the foregoing document to be served by U.S. Mail on the following:

All Home Medical Supply Co.
c/o Khalid Mahmood, Registered Agent
400 Lake Street, Ste. 320
Roselle, IL  60172

                                       s/ Heather Kolbus
                                       Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)